IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Case No. 03-cv-00072-MSK

WILLIAM M. LEE, also known as William Lee,

       Petitioner,

v.

GARY WAKINS,
COLORADO ATTORNEY GENERAL,

       Respondents,

CATHIE HOLST,

       Interested Party.

_____

## ORDER DENYING MOTION AS MOOT
_____

THIS MATTER comes before the Court on the Motion Objecting to Counsel Withdraw and or Motion to Substitute Counsel (Motion) **(#69)** filed by Petitioner on March 12, 2007. The Court granted counsel's motion to withdraw in its Order entered March 19, 2007 (#70).

**IT IS THEREFORE ORDERED** that the Petitioner's Motion (**#69)** is **DENIED AS MOOT**.

Dated this 27th day of September, 2007.

                          **BY THE COURT:**

                          *[signature]*
                          _____

                          Marcia S. Krieger
                          United States District Judge