IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 03-cv-00072-MSK-PAC

William M. Lee,

       Plaintiff,

vs.

Gary Watkins, et al.
       Defendant.

_____

## ORDER RETURNING EXHIBITS

_____

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is therefore

ORDERED that the Clerk shall return all exhibits to the offering parties. If they are not removed from the Clerk's Office within 14 days, by the parties, the Clerk may destroy them.

Dated this 22d day of December, 2008

**BY THE COURT:**

_Marcia S. Krieger_
_____

Marcia S. Krieger
United States District Judge