IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00072-MSK-PAC

William M. Lee,

        Petitioner,

vs.

Gary Wakins, et al.,

        Respondent.

---

## ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this 9th day of January, 2009.

        BY THE COURT:

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 9 2009

GREGORY C. LANGHAM
CLERK

Re: 03-cv-00072-MSK-PAC

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the below date a copy of an order returning State Court Record, signed by Judge, __Marcia S. Krieger__, was mailed to the following on __January 9, 2009__.

Denver District Court
1437 Bannock Street, Room 256
Denver, Colorado 80202

By: _____
Deputy Clerk